JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JAMES ALLEN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY HALL,<br><br>　　　Defendants. | NO. SACV 21-1740-VAP  (AGR)<br><br><br>ORDER OF DISMISSAL |

　　　On November 10, 2021, the Court dismissed Plaintiff's Complaint with leave to file a First Amended Complaint within 30 days after entry of the order (December 10, 2021). The Court warned Plaintiff that failure to file a timely First Amended Complaint may result in dismissal of the complaint.  (Dkt. No. 8.)

　　　Plaintiff has failed to file a First Amended Complaint or request an extension of time to do so.

　　　Accordingly, IT IS ORDERED that this action is DISMISSED.

　　　**IT IS SO ORDERED.**

DATED: January 11, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge